AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
**DELORIS LOZUAWAY**
*Defendant*

Case No. CO #14-mj-01106-KMT
14-849 RB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DELORIS LOZUAWAY**,
who is accused of an offense or violation based on the following document filed with the court:

■ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm;

Count 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm.

Date: 3/19/14

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

## Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2014 MAR 19 PM 4:51

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CO Cse #14-mj-01106-KMT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 14-849 RB |
| vs. | ) Count 1: 18 U.S.C. §§ 922(g)(1) and |
|  | ) 924(a)(2): Felon in Possession of a Firearm; |
| DELORIS LOZUAWAY, | ) |
|  | ) Count 2: 18 U.S.C. §§ 922(g)(1) and |
| Defendant. | ) 924(a)(2): Felon in Possession of a Firearm. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about February 15, 2013, in Eddy County, in the District of New Mexico, the defendant, **DELORIS LOZUAWAY**, having been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) false pretenses over $100, and

(2) armed robbery,

knowingly possessed, in and affecting commerce, a firearm: a Marlin, Model Westpoint, .22 caliber rifle, serial number 20539427.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count 2

On or about March 7, 2013, in Eddy County, in the District of New Mexico, the defendant, **DELORIS LOZUAWAY**, having been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) false pretenses over $100, and

(2) armed robbery,

knowingly possessed, in and affecting commerce, a firearm: a 30 W.C.F. model 1894 Winchester rifle, serial number 822787.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
Rc
03/14/14 2:33PM