IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DELORIS LOZUAWAY,

    Defendant.

_____

## NOTICE OF APPEARANCE
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_Johnson@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant U.S. Attorney
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Deloris Lozuaway    (via Mail)
    Reg. No. 40586-013
    c/o Jefferson County Jail

                                    s/ David E. Johnson
                                    DAVID E. JOHNSON
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    David_Johnson@fd.org
                                    Attorney for Defendant