IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DELORIS LOZUAWAY,

       Defendant.

_____

**MOTION TO CONTINUE HEARING**
_____

       Defendant Deloris Lozuaway, by and through the Office of the Federal Public Defender, moves for a continuance the reason set forth below:

       1.     This case is set for an ID and Detention Hearing at 1:30 p.m. on Thursday, August 14, 2014.

       2.     Counsel cannot appear on Thursday, August 14, 2014.  Counsel can appear on Friday, August 15, 2014 at 10:30 a.m., or if that time does not work for the court, counsel is also available the remainder of the day on Friday.

       3.     Undersigned counsel's office contacted Assistant United States Attorney Martha Paluch and she does not object to this continuance.

       WHEREFORE, Defendant respectfully requests that the ID and Detention hearing set for Thursday, August 14, 2014 at 1:30 p.m. be continued to Friday, August 15, 2014.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
David_Johnson@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2014, I electronically filed the foregoing **MOTION TO CONTINUE HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant U.S. Attorney
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Deloris Lozuaway    (via Mail)
    Reg. No. 40586-013
    c/o Jefferson County Jail

    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_Johnson@fd.org
    Attorney for Defendant