IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DELORIS LOZUAWAY,

        Defendant.

_____

**UNOPPOSED MOTION TO SPECIFICALLY APPOINT DR. BOGRAD TO CONDUCT AN EVALUATION UNDER
18 U.S.C. § 4241 AND TO ALLOW 45 DAYS TO SUBMIT HER REPORT**
_____

      Deloris Lozuaway, by and through counsel, David E. Johnson, moves this Court to supplement its Order in this case so as to specifically appoint Dr. Susan Bograd to conduct a competency evaluation under 18 U.S.C. § 4241 and to give her 45 days from the date of that appointment to conduct the evaluation and submit her report to the parties and this Court. In support thereof, Ms. Lozuaway states as follows:

      1)    On August 19, 2014, this Court filed an Order, granting Ms. Lozuaway's Motion to Determine Competency. *See* Doc. No. 13.

      2)    At the hearing on Ms. Lozuaway's motion, the United States Marshall's Service indicated that their department would be the one to arrange and fund Ms. Lozuaway's competency evaluation. Further, in order to keep Ms. Lozuaway at a local facility, undersigned counsel suggested that the evaluation could be conducted by Dr. Susan Bograd, a local psychiatrist who has experience conducting these types of evaluations. In turn, this Court

Ordered: "Prior to the competency hearing, Defendant Lozuaway shall undergo a psychiatric or psychological examination conducted by Dr. Susan Bograd, if she is available, or another comparable licensed or certified psychiatrist or psychologist available in the Denver, Colorado metropolitan area at the selection of the U.S. Marshals Service acting for the Attorney General. Dr. Bograd or other psychiatrist or psychologist conducting the examination, shall file a report compliant with Title 18 U.S.C. § 4247(c) with the court and will also provide copies to counsel for Ms. Lozuaway and to the attorney for the Government on or before 5 days prior to the competency hearing."  *See* Doc. No. 13 at 4.

3) Subsequent to that Order, the parties have been informed that, under the Court's current Order, the U.S. Marshall's Service cannot comply with the Order. This was communicated to undersigned counsel on August 29, 2014.

4) Since being informed of this situation, the parties have conferred.  They have also conferred with Dr. Bograd to inquire about her availability.  In light of these conversations, Ms. Lozuaway files this unopposed motion, which, if the Court approves, will hopefully allow the competency evaluation to go forward.

5) First, having conferred with the government and Dr. Bograd, Ms. Lozuaway requests that this Court file an Order specifically appointing Dr. Susan Bograd, 3300 East First Avenue, Suite 590, Denver, Colorado 80206 (phone number 303-320-1968) to conduct a competency evaluation of Ms. Lozuaway, pursuant to 18 U.S.C. § 4241.  Such a specific order is

necessary in order to ensure Dr. Bograd's appointment by this Court and payment for her services by the United States Attorney's Office.[1]

6)      That leaves the issue of timing. Under the statute, the examination must be conducted in not more than 30 days, but "a reasonable extension" may be granted "not to exceed fifteen days" "upon a showing of good cause." 18 U.S.C. § 4247(b).

7)      Having conferred with Dr. Bograd, she stated her current schedule would not allow her to conduct a competency evaluation and write a report in the 30 day time-frame. However, if she is given the full 45 days to fulfill these duties, she could comply. Further, Dr. Bograd only recently learned about Ms. Lozuaway's case. The parties therefore request that Dr. Bograd be given 45 days from the date of her specific appointment to conduct the evaluation and submit her report to the parties and this Court.

WHEREFORE, given the above, Ms. Lozuaway makes the following unopposed request, and asks this Court to Order that:

A)      Dr. Susan Bograd is appointed to conduct a competency evaluation of the Defendant, as soon as practicable, and to inform the Court and the parties of her finding, and if necessary, testify at a hearing concerning the same, pursuant to 18 U.S.C. § 4241(b) and 4247(b) and (c).

B)      Dr. Bograd shall provide copies of her report to this Court and to the parties within 45 days of the Court's Order on this Motion.

---

[1] Having investigated the issue, it was learned that the United States Attorney's Office is the agency responsible for funding competency evaluations that are ordered by the Court under 18 U.S.C. § 4241.

C)  As specified in Docket No. 13, the Pretrial Services Report shall be provided to Dr. Bograd to assist in the evaluation of the Defendant. At the time the Section 4247(c) report is filed by Dr. Bograd, all copies of the Pretrial Services Report shall be returned to the Probation Department.

D)  Should the Court grant Ms. Lozuaway's instant request, the parties shall provide Dr. Bograd with a copy of that Order.

E)  Finally, the parties request that once they receive Dr. Bograd's report, they confer and jointly contact chambers to schedule a hearing date.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
David E. Johnson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David.Johnson@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2014, I electronically filed the foregoing **UNOPPOSED MOTION TO SPECIFICALLY APPOINT DR. BOGRAD TO CONDUCT AN EVALUATION UNDER 18 U.S.C. § 4241 AND TO ALLOW 45 DAYS TO SUBMIT HER REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant U.S. Attorney
    Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Deloris Lozuaway   (via Mail)
    Reg. No. 40586-013
    c/o Jefferson County Jail

                                            s/ David E. Johnson
                                            DAVID E. JOHNSON
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            David_Johnson@fd.org
                                            Attorney for Defendant