IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DELORIS LOZUAWAY,

    Defendant.

---

**ORDER**

---

This matter is before the court on Defendant's "Unopposed Motion to Specifically Appoint Dr. Bograd to Conduct an Evaluation under 18 U.S.C. § 4241 and to Allow 45 Days to Submit Her Report" [Doc. No. 14].

Title 18 USC § 4241(a) provides that "at any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, . . . the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant." The defendant filed such an oral motion on August 15, 2014 [Doc. No. 10] and followed it with a written motion on August 18, 2014 [Doc. No. 11]. The Defendant's Motion was granted after a hearing on August 19, 2014 [Doc. No. 13], however the parties have

encountered difficulty in dealing with the U.S. Bureau of Prisons with respect to the location and identity of the person designated to perform the psychiatric evaluation.

Title 18 U.S.C. § 4241(a) provides that if the Defendant files a motion for a competency hearing the court **shall** grant the motion if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.  The court has so found and committed Ms. Lozuaway to the custody of the U.S. Marshal for purposes of having a psychiatric evaluation undertaken and a report prepared in anticipation of a competency hearing.

A defendant may be committed to the custody of the Attorney General of the United States for a reasonable period **not to exceed thirty days** in a suitable facility nearest to the court in order that the examination be undertaken.  Ms. Lozuaway has been detained under this section since August 19, 2014, a period of 14 days.  By statute, the Defendant may be committed for an additional period **not to exceed fifteen days**, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.  Title 18 U.S.C. § 4247(b).  There appears to be no grounds for extending the time of commitment of the Defendant to account for government waffling.

Dr. Bogard has expressed that she needs the full forty-five days to evaluate and render a report on the Defendant's competency, but she has not as yet even met the defendant.  The court finds that the parties have made a showing of good cause pursuant to Title 18 U.S.C. § 4247(b) to

justify the extension of fifteen days for Dr. Bogart to conduct the evaluation.  Unfortunately, there are only a total of 31 days left in the maximum period of statutory commitment to custody with one extension.  That period of commitment ends on October 3, 2014.

The statute does not address specifically whether a second extension of commitment of fifteen days could be requested upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant.  The need for additional time is especially concerning here where the Defendant shows marked signs of mental illness and is currently homeless.  Therefore, the court will entertain a second extension request upon a showing first, that Dr. Bogart indeed does need the additional time to fully evaluate and report on the competency of the Defendant as the parties now believe she will and second, upon a showing that this court has authority to allow a second fifteen day extension of commitment of the Defendant under Section 4247 or any other statute.

IT IS **ORDERED**

1. Defendant's "Unopposed Motion to Specifically Appoint Dr. Bograd to Conduct an Evaluation under 18 U.S.C. § 4241 and to Allow 45 Days to Submit Her Report**"** [Doc. No. 14] is **GRANTED in part**.  A competency hearing shall be conducted before this court on **October3, 2014 at 3:30 p.m.**  The previous hearing scheduled for September 18, 2014 at 1:30 p.m. is VACATED.

2. The court hereby appoints Dr. Susan Bograd, 3300 East First Avenue, Suite 590, Denver, Colorado, 303-320-1968 to conduct a psychiatric or psychological examination of Doris

Lozuaway. Dr. Bograd shall conduct the examination at the Jefferson County Detention Center, the local facility where Ms. Lozuaway is being housed in the custody of the U.S. Marshals Service. During the period of commitment, the Defendant shall remain housed at the Jefferson County Detention Center and not moved to any other facility without prior permission of the court.

3. Dr. Bograd shall file a report compliant with Title 18 U.S.C. § 4247(c) with the court and will also provide copies to counsel for Ms. Lozuaway and to the attorney for the Government on or before 3 days prior to the competency hearing.

4. All other provisions of the Court's August 18, 2014 Order will remain in full force and effect.

DATED this 3rd day of September, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge