IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DELORIS LOZUAWAY,

      Defendant.

_____

**UNOPPOSED MOTION TO RESET COMPETENCY HEARING AND TO APPOINT PSYCHIATRIST OR PSYCHOLOGIST  EMPLOYED BY THE BUREAU OF PRISONS**

_____

Deloris Lozuaway, by and through counsel, David E. Johnson, moves this Court to reset the currently scheduled competency hearing and, further, to supplement its Order in this case so as to specifically appoint a psychiatrist or psychologist employed by the Bureau of Prisons.  Both of these requests are unopposed.  In support thereof, Ms. Lozuaway states as follows:

1)      On August 19, 2014, this Court filed an Order, granting Ms. Lozuaway's Motion to Determine Competency.  *See* Doc. No. 13.  This Court Ordered: "Prior to the competency hearing, Defendant Lozuaway shall undergo a psychiatric or psychological examination conducted by Dr. Susan Bograd, if she is available, or another comparable licensed or certified psychiatrist or psychologist available in the Denver, Colorado metropolitan area at the selection of the U.S. Marshals Service acting for the Attorney General. Dr. Bograd or other psychiatrist or psychologist conducting the examination, shall file a report compliant with Title 18 U.S.C. § 4247(c) with the court and will also provide copies to counsel for Ms. Lozuaway and to the

attorney for the Government on or before 5 days prior to the competency hearing." *See* Doc. No. 13 at 4.

2)      Yesterday, on September 4, 2014, this Court responded to a motion filed by Ms. Lozuaway explaining complications in this process, *see* Doc. No. 14, and specifically appointed Dr. Bograd to conduct the competency evaluation.  *See* Doc. No. 15.  However, the Court also ordered that the competency hearing be set on October 3, 2014.  *Id.*

3)      Dr. Bograd is unable to conduct the competency evaluation and compile a report by that date.

4)      Counsel has conferred with another local psychiatrist who has experience conducting competency evaluations, Dr. Chuck Denison, who also said he would be unable to conduct an evaluation and compile a report by that date.

5)      In light of this difficulty, the parties ask that this Court specifically appoint a certified or licensed psychiatrist or psychologist employed by the Bureau of Prisons to conduct a competency evaluation of Ms. Lozuaway.

6)      Counsel for the government, Ms. Martha Paluch, has contacted the United Marshal's Service who said that provided they receive an Order with the necessary or required language, they will make all attempts to conduct the competency evaluation within the time frame specified by the Court.

7)      Undersigned counsel informs the Court that his daughter is scheduled to be baptized in Cedar Rapids, Iowa on the weekend of October 4.  Therefore, he was planning on taking leave from the office beginning October 2 through October 8.  In turn, he is unable to attend the currently set competency hearing on October 3, 2014.   The parties requests that any

2

hearing on this matter be re-set to September 1 or sooner.  Both parties have conferred, and both parties are available on or after 10:30 a.m. on September 1, 2014.

WHEREFORE, given the above, Ms. Lozuaway makes the following unopposed request, and asks this Court to Order that:[1]

A)      Defendant's Unopposed Motion to Determine Defendant's Competency is granted.

B)      Pursuant to 18 U.S.C. § 4241(b) and 4247(b) and (c), a certified or licensed psychiatrist or psychologist employed by the Bureau of Prisons shall conduct a psychiatric or psychological examination of Defendant.

C)      The United States Marshal's Service is ordered to immediately transport Defendant to the nearest available and convenient facility for such examination.

D)      Following the psychiatric or psychological examination, the examiner shall prepare a psychiatric or psychological report pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).  The report shall include the examiner's opinion as to whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  18 U.S.C. § 4247(c)(4)(A).  The report shall be filed with the court, with copies provided to defense counsel and to the Assistant United States Attorney assigned to this case.

---

[1]  The language contained in paragraphs A through D below is taken directly from an Order provided to the parties by the United States Marshal's Service, so as to ensure that the necessary language is used.

3

E)      The currently scheduled competency hearing is vacated and is reset to September

1, 2014 or sooner, and that if it set for September 1, it be set on or after 10:30 a.m.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
David E. Johnson
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David.Johnson@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014, I electronically filed the foregoing **UNOPPOSED MOTION TO RESET COMPETENCY HEARING AND TO APPOINT PSYCHIATRIST OR PSYCHOLOGIST  EMPLOYED BY THE BUREAU OF PRISONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Martha Paluch, Assistant U.S. Attorney
> Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Deloris Lozuaway      (via Mail)
> Reg. No. 40586-013
> c/o Jefferson County Jail

>                    s/ David E. Johnson
>                    DAVID E. JOHNSON
>                    Assistant Federal Public Defender
>                    633 17th Street, Suite 1000
>                    Denver, CO  80202
>                    Telephone:  (303) 294-7002
>                    FAX:  (303) 294-1192
>                    David_Johnson@fd.org
>                    Attorney for Defendant