IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DELORIS LOZUAWAY,

    Defendant.

---

**ORDER**

---

This matter is before the court on Defendant's "Unopposed Motion to Reset Competency Hearing and to Appoint Psychiatrist or Psychologist Employed by the Bureau of Prisons" [Doc. No. 16].

The court has previously ordered that Defendant's "Unopposed Motion Pursuant to 18 U.S.C. § 4241 to Determine Mental Competency of Defendant" [Doc. No. 11] be granted. [*See* Order, Doc. No. 13.]

Being fully advised, Defendant's "Unopposed Motion to Reset Competency Hearing and to Appoint Psychiatrist or Psychologist Employed by the Bureau of Prisons" [Doc. No. 16] is GRANTED.   This court ORDERS as follows:

1) Pursuant to 18 U.S.C. § 4241(b) and 4247(b) and (c), a certified or licensed psychiatrist or psychologist employed by the Bureau of Prisons shall conduct a psychiatric or psychological examination of Defendant.

2) The United States Marshal's Service is ordered to immediately transport Defendant to the nearest available and convenient facility for such examination.

3) Following the psychiatric or psychological examination, the examiner shall prepare a psychiatric or psychological report pursuant to the provisions of 18 U.S.C. § 4247(b) and (c). The report shall include the examiner's opinion as to whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. 18 U.S.C. § 4247(c)(4)(A). The report shall be filed with the court, with copies provided to defense counsel and to the Assistant United States Attorney assigned to this case on or before 3 days prior to the competency hearing.

4) The competency hearing scheduled for October 3, 2014 is VACATED and is reset to **September 30, 2014 at 10:30 a.m.**

DATED this 8TH day of September, 2014.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge