IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DELORIS LOZUAWAY,

    Defendant.

_____

**ORDER ON THE PARTIES' JOINT MOTION TO CONTINUE MENTAL COMPETENCY HEARING AND REQUEST FOR EXPEDITED RULING [Doc.   ]**
_____

    This matter comes before the Court on the Parties' Joint Motion to Continue Mental Competency Hearing and Request for Expedited Ruling.

    Having been fully advised, the Court GRANTS the joint motion.

    A mental competency hearing in this matter is scheduled for October 29, 2014 at _____.

    SO ORDERED.

    DATED this ____ day of September, 2014.

                                                          BY THE COURT:

                                                          _____
                                                          Kathleen M. Tafoya
                                                          United States Magistrate Judge