

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Medical Center, Carswell*

*P.O. Box 27066*
*"J" Street - Building 3000*
*Fort Worth, Texas 76127*

September 19, 2014

The Honorable Kathleen M. Tafoya
United States Magistrate Judge
Byron G. Rogers United States Courthouse
1929 Stout Street
Denver, Colorado 80294

RE:   Lozuaway, Deloris
      Reg. No. 40586-013
      Case No. 1:14-mj-01106-KMT

Dear Judge Tafoya:

In accordance with your Order of September 8, 2014, and pursuant to the provision of Title 18, United States Code, Section 4241(b), Ms. Lozuaway arrived at the Federal Medical Center (FMC), Carswell on September 15, 2014. Although your Order requested the consequent report be delivered to the Court and attorneys on or 3 days before September 30, 2014, we respectfully request to conduct the evaluation in the time perimeters stated in the relevant statute. Consequently, we respectfully request to complete her evaluation by October 15, 2014, and to submit the consequent report to the Court within two weeks following that date.

If we may be of further assistance to the Court in this matter, please contact me or Ashley Noble, Psy.D., Forensic Psychologist at (817) 782-4297.

Sincerely,

Jody R. Upton
Warden