IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01106-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DELORIS LOZUAWAY,

        Defendant.

_____

**UNOPPOSED MOTION FOR CONTINUANCE**
_____

        Defendant Deloris Lozuaway, by and through the Office of the Federal Public Defender, moves to continue this case for the reasons set forth below:

        1.      This case is set for a hearing at 1:30 p.m. on October 29, 2014.

        2.      Counsel cannot appear at 1:30 p.m., as counsel is out of the office the morning of the October 29, 2014 and wants to make sure he will be able to attend the hearing and requests that the hearing be continued to 2:30 p.m.

        3.      The government does not object to this motion.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ David E. Johnson
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_Johnson@fd.org
        Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed the foregoing **UNOPPOSED MOTION FOR CONTINUANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Email: Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Deloris Lozuaway     (via Mail)
Reg. No. 40586-013
c/o Jefferson County Jail

                                              s/ David E. Johnson
                                              DAVID E. JOHNSON
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone:  (303) 294-7002
                                              FAX:  (303) 294-1192
                                              David_Johnson@fd.org
                                              Attorney for Defendant