

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk of Court*

(303) 844-3433

October 29, 2014

Clerk of the Court, United States District Court
100 North Church Street, Room 2
Las Cruces, NM   88001

USA v. DELORIS LOZUAWAY

Colorado Case Number: 1:14-mj-01106-KMT-1

Receiving Court Case Number: 14-849-RB

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk

by: s/ E. E. Miller
     Deputy Clerk