

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

(303) 844-3433

Jeffrey P. Colwell
*Clerk of Court*

*FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
14 NOV -6  AM 10: 36
LAS CRUCES*

October 29, 2014

Clerk of the Court, United States District Court
100 North Church Street, Room 2
Las Cruces, NM   88001

USA v. DELORIS LOZUAWAY
Colorado Case Number: 1:14-mj-01106-KMT-1
Receiving Court Case Number: 14-849-RB

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address
http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper
format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case
number in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk

by: s/ E. E. Miller
    Deputy Clerk

*FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 13 2014
JEFFREY P. COLWELL
CLERK*